No. 129. HOHENSEE v. FERGUSON ET AL. Supreme Court of Pennsylvania. Certiorari denied. *James C. Newton* for petitioner. *W. S. Moorhead, Jr.* for Ferguson, respondent.

No. 131. A. L. KORNMAN Co. v. AMALGAMATED CLOTHING WORKERS OF AMERICA. C. A. 6th Cir. Certiorari denied. *Cecil Sims* for petitioner. *William J. Isaacson* for respondent.

No. 133. D. C. TRANSIT SYSTEM, INC., v. SLINGLAND ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Frank F. Roberson* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Morton Hollander* and *Lionel Kestenbaum* for the United States, respondent.

No. 135. DEMPSTER ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Charles D. Snepp* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, I. Henry Kutz* and *George F. Lynch* for the United States.

No. 136. DELAWARE, LACKAWANNA & WESTERN RAILROAD Co. v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Rowland L. Davis, Jr.* and *Walter L. Hill, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Morton, Roger P. Marquis* and *S. Billingsley Hill* for the United States.

No. 142. CHAS. PFIZER & Co., INC., v. G. D. SEARLE & Co. C. A. 7th Cir. Certiorari denied. *Arthur G. Connolly* for petitioner. *Stuart S. Ball* and *Wm. T. Woodson* for respondent.